**FILED**

OCT - 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Mayra Guzman-Martinez <br> Defendant. | No. CR 13mj 71185 HRL <br><br> **ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ ~~100.00~~ 75.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of __10/15__ and the SAME DAY each month thereafter;

[X]   MAIL TO:   Clerk, U.S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA 95113-3095

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO:   Clerk, U.S. District Court
                280 South First Street, Room 2112
                San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 10/1/2013

_____
Howard R. Lloyd, U.S. Magistrate Judge