1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney

5

6      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113

7      Telephone: (408) 535-5080
       Fax:  (408) 535-5066

8      E-Mail: Casey.O'Neill@usdoj.gov

   Attorneys for the United States of America

9

**FILED**

**NOV - 4 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   CASE NO. 13-CR-71185 HRL
                                       )
14          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )
15      v.                             )
                                       )
16  MAYRA GUZMAN,                      )
                                       )
17          Defendant.                 )
                                       )
18  _____)

19

20      With the agreement of the parties, and with the consent of the defendant, the Court enters this

21  order vacating the currently scheduled arraignment or preliminary hearing date of November 7, 2013, at

22  1:30 p.m., and reschedules that date for November 21, 2013, at 1:30 p.m.  This stipulation and order

23  further serves to document:  the defendant's waiver of the time for arraignment on an indictment or a

24  preliminary hearing under Federal Rule of Criminal Procedure 5.1; waiver of time for filing of an

25  information or indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b) from November 7, 2013

26  through and including November 21, 2013; and the Court's exclusion of time for filing of an

27

28  STIPULATION AND [PROPOSED] ORDER
    13-CR-71185 HRL

                                         1

1   information or indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b) from November 7, 2013

2   through and including November 21, 2013.

3       The parties agree, and the Court finds, as follows:

4       1.  The defendant is out of custody on an unsecured bond;

5       2.  The Government has provided discovery to defense counsel, who is reviewing that discovery,

6           evaluating his client's exposure, and considering whether to waive indictment or whether, if

7           possible, to dispose of the case pre-indictment;

8       3.  The defendant and defense counsel agree to exclusion of time under the Speedy Trial Act

9           based on defense counsel's need effectively to prepare at this stage of the proceedings; and

10      4.  Defense counsel believes postponing indictment and continuing the arraignment or

11          preliminary hearing date is in his client's best interest and is not prejudicial to his client.

12      The Court finds as follows:

13      a.  Taking into account the public interest in the prompt disposition of criminal cases, the

14          aforementioned grounds constitute good cause to extend the time limits for an arraignment or

15          preliminary hearing under Rule 5.1; and

16      b.  Under the circumstances, a failure to grant the requested continuance and exclusion of time

17          would unreasonably deny defense counsel reasonable time necessary for effective

18          preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §

19          3161(h)(7)(B)(iv), and the ends of justice served by granting the requested continuance and

20          exclusion of time under the Speedy Trial Act outweigh the best interest of the public and the

21          defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

28  STIPULATION AND [PROPOSED] ORDER
    13-CR-71185 HRL

1  Dated: November 1, 2013                    MELINDA HAAG
2                                             United States Attorney

3                                             _____/s/_____
4                                             CASEY O'NEILL
                                              Special Assistant United States Attorney
5

6
7  Dated: November 1, 2013                    _____/s/_____
                                              WM. MICHAEL WHELAN
8                                             Counsel for defendant Mayra Guzman

9

10        IT IS SO ORDERED that the arraignment or preliminary hearing date is continued as set forth

11  above and time is excluded under the Speedy Trial Act as set forth above:

12

13  Dated: November 4, 2013

14                                             _____
                                               HON. HOWARD R. LLOYD
15                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27
    STIPULATION AND [PROPOSED] ORDER
28  13-CR-71185 HRL
                                    3